

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**GERALD L. SHARGEL**
Partner
(212) 294-2637
gshargel@winston.com

June 9, 2014

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Goldshmidt et al.</u>, 13 Cr. 00410 (NRB)

Dear Judge Buchwald:

I write on behalf of Alex Puzaitzer to respectfully request additional time to add a replacement suretor to his appearance bond.

On May 22, 2014, the Court ordered the release of one suretor originally named on Puzaitzer's bond. On consent of the government, we indicated that we would identify a replacement suretor by June 9, 2014.

Since that time, Puzaitzer has worked diligently in an effort to identify a replacement suretor. Unfortunately, he has yet to succeed. We respectfully request that the deadline to identify a replacement suretor be extended until July 14, 2014, so that he can continue to address this issue.

Assistant United States Attorney Jason Masimore, on behalf of the government, has no objection to this request.

Very truly yours,
/s/
Gerald L. Shargel
Winston & Strawn LLP

cc: all counsel (by ECF)