

**WINSTON & STRAWN LLP**

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

GERALD L. SHARGEL
212-294-2637
GShargel@winston.com

July 14, 2014

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Alex Puzaitzer
      13 Cr. 410 (NRB)

Dear Judge Buchwald:

I write on behalf of Alex Puzaitzer to respectfully request that his release be continued under his current bail conditions without providing a substitute suretor. On May 22, 2014, Angela Gorodoscher, one of Mr. Puzaitzer's suretors, was removed from the bond. Mr. Puzaitzer was directed to find a substitute. Despite his best efforts, he has been unable to locate a replacement.

However, even without Ms. Gorodoscher's property, Mr. Puzatizer meets the monetary conditions of his $6,000,000 bond. Mr. Puzaitzer recently had his home re-appraised, and due to an upswing in the real estate market his property was valued at $500,000 more than when his bond was initially posted. We also reviewed the original appraisals of the properties of the other suretors and determined that Mr. Puztaizer currently has posted $6,600,000 in equity, which exceeds the original terms of his release on conditions. We respectfully submit that because Mr. Puzaitzer has been in compliance with all of the terms of his bail restrictions, and because the properties he has posted belong to close family members and friends, including his daughter and son-in-law, given the re-appraisal, a replacement suretor is not necessary. This is especially true considering that Mr. Puzaitzer's bond is already six times that of his co-defendants.

Assistant United States Attorney Abigail Kurland has consented to this request on behalf of the government.

Respectfully yours,

Gerald L. Shargel

cc:   Jason Masimore
      Abigail Kurland
      *Assistant United States Attorneys*