

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

North America  Europe  Asia

JENNIFER HAYS
JHays@winston.com
212-294-2632

July 28, 2014

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   <u>United States v. Goldshmidt, et al.</u>,
              13 Cr. 410 (NRB)

Dear Judge Buchwald,

     I write on behalf of defendants Alex Puzaitzer, Alex Goldshmidt, and Michael Vax to respectfully request that the date to submit defense motions, currently set for August 7, 2014, be extended to August 22, 2014. This brief extension will allow the defendants to continue on-going discussions with the government in order to determine if a resolution of this case is possible. Assistant United States Attorney Jason Masimore has consented on behalf of the government.

                              Respectfully yours,

                              Jennifer Hays

cc:   Abigail Kurland
      Jason Masimore
      *Assistant United States Attorneys*