**MEMO ENDORSED**

**WINSTON & STRAWN**   North America  Europe  Asia



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 18 2014
UNITED STATES COURT JUDGE

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ROSS M. KRAMER
Associate
(212) 294-2628
rkramer@winston.com

August 18, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/19/2014

By ECF
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Goldshmidt, et al.
     13 Cr. 410 (NRB)

Dear Judge Buchwald:

I write on behalf of defendant Alex Puzaitzer to respectfully request that the date to submit pretrial motions, currently set for August 22, 2014, be extended to September 12, 2014. This extension will allow the defendants to continue ongoing discussions with the government in the hope of reaching a resolution of the charges in this case. The government has consented to this request. We consent to the exclusion of time through September 12, 2014.

So Ordered.

Respectfully yours,

/s/
Ross M. Kramer

*[handwritten]* Naomi Buchwald, USDJ
8/18/14

cc:  Jennifer Burns (by ECF)
     Jason Masimore (by ECF)
     *Assistant United States Attorneys*