

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2014

**By ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States</u> v. <u>Goldshmidt, et al.</u>, 13 Cr. 410 (NRB)

Dear Judge Buchwald:

    The Government and counsel for defendant Alex Puzaitzer have been engaged in active discussions regarding a disposition.  In light of those efforts, we write with the consent of counsel for Puzaitzer to request that the Court extend the deadline for filing any motions by defendant Puzaitzer from September 12, 2014 until September 26, 2014, to allow the parties additional time to work toward a disposition. Counsel for Puzaitzer consents to the exclusion of time until September 26, 2014 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

by:    S/_____
    Jennifer E. Burns
    Assistant United States Attorney
    (212) 637-2315

cc: All defense counsel (by ECF)