

**WINSTON & STRAWN LLP**

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

JENNIFER HAYS
JHAYS@WINSTON.COM
212-294-2632

September 24, 2014

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Goldshmidt, et al.,
      13 Cr. 410 (NRB)

Dear Judge Buchwald,

    I write on behalf of defendant Alex Puzaitzer to respectfully request that the date to submit defense motions, currently set for September 26, 2014, be extended to October 10, 2014. We are continuing to work toward a resolution of the charges in this case. However Mr. Puzaitzer's mother passed away over the weekend, and we are unable to consult with him regarding any issues on this case while the family is in mourning. Assistant United States Attorney Jennifer Burns has consented to this request on behalf of the government.

Respectfully yours,

Jennifer Hays

cc:   Jennifer Burns
      Abigail Kurland
      Jason Masimore
      *Assistant United States Attorneys*