```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

THE UNITED STATES OF AMERICA,

        - against -                         O R D E R

ALEXANDER GOLDSHMIDT, et al.                13 Cr. 410 (NRB)

                      Defendants.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2014

Counsel and defendants are directed to appear for a conference with the Court on October 20, 2014, at 2:30 P.M., at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.

**IT IS SO ORDERED.**

Dated:   New York, New York
         October _7_, 2014

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Counsel for the Government**
Jennifer Burns, Esq.
Abigail Kurland, Esq.
Jason Masimore, Esq.
1 St. Andrews Plaza
New York, NY 10007

**Counsel for Defendants**
Gary A. Farrell, Esq.
305 Broadway, 14th Floor
New York, NY 10007

Gerald L. Shargel, Esq.
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166

Robert A. Soloway, Esq.
Rothman Schneider Soloway
100 Lafayette St., Ste. 501
New York, NY 10013

Benjamin Brafman, Esq.
Joshua Kirshner, Esq.
Brafman & Associates
767 Third Ave.
New York, NY 10017

Bradford M. Cohen, Esq.
1132 S.E. 3rd Ave.
Fort Lauderdale, FL 33316