

**WINSTON & STRAWN LLP**

North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

JENNIFER BOURIAT
JBouriat@winston.com
212-294-2632

February 25, 2015

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    United States v. Alex Puzaitzer
                        13 Cr. 410 (NRB)

Dear Judge Buchwald:

    I write on behalf of defendant Alex Puzaitzer to respectfully request a temporary modification to his bail restrictions. As a condition of Mr. Puzaitzer's bail, his son, daughter, and wife were required to surrender their passports to Pretrial Services. We now respectfully request the temporary return of Alex's son Eric Puzaitzer's passport from March 3, 2015 through March 9, 2015 so that Eric may travel to Aruba for his honeymoon. The passport would be returned to Pretrial Services upon Eric Puzaitzer's return to the United States.

    Assistant United States Attorney Jennifer Burns, on behalf of the government, and Emily Rosado, Alex Puzaitzer's Pretrial Services Officer, take no position with respect to this request.

                                    Respectfully submitted,

                                    Jennifer Bouriat

cc:    Jennifer Burns
        *Assistant United States Attorneys*

        Emily Rosado
        *United States Pretrial Service Officer*