

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

GERALD L. SHARGEL
Partner
212-294-2637
GShargel@winston.com

March 18, 2015

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Alex Puzaitzer
13 Cr. 410

Dear Judge Buchwald:

I write on behalf of Alex Puzaitzer to respectfully request a brief adjournment of his sentencing, currently scheduled for March 26, 2015.

We respectfully request that sentencing be adjourned to April 13, 2015. Written sentencing submissions would be filed by April 6, 2015.

We request this adjournment in order to continue gathering information in response to the Court's supplemental sentencing questions. We believe that our answers to the Court's questions will be of substantial value in Mr. Puzaitzer's sentencing proceeding.

Attorneys in my office have conferred with Assistant United States Attorney Jennifer Burns, and on behalf of the government she has no objection to this request. April 13, 2015 is a date convenient to both the defense and the government.

Respectfully yours,

Gerald L. Shargel /JHB
Gerald L. Shargel
Winston & Strawn LLP
*Attorney for Alex Puzaitzer*